**UNITED STATES of America, Plaintiff–Appellee**

v.

**LC BROOKS, also known as Bo-Jack, Defendant–Appellant.**

No. 09–30541
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2010.

Michael J. Jefferson, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

LC Brooks, Coleman, FL, pro se.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent L.C. Brooks has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Brooks has not filed a response. Our independent review of the record and counsel's brief discloses that the appeal is

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

moot. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.